IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CREATIVEMASS HOLDINGS, INC. *et. al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-10695 (MFW)<br><br>Jointly Administered<br><br>(Subchapter V) |

### NOTICE OF FILING OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE** that on April 14, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Joint Prepackaged Subchapter V Plan of Liquidation* [D.I. 9] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan, the Debtors hereby file the Plan Supplement, consisting of the following documents:

A. Debtor's Veritex Bank Account Statement for the period ended April 30, 2025 (**Exhibit A**)
B. Designation of the Plan Administrator Appointment (**Exhibit B**)
C. Equity Interests as reflected in Debtors' books and records (**Exhibit C**)

**PLEASE TAKE FURTHER NOTICE** copies of the Plan Supplement documents may be obtained by contacting Stretto, Inc., the administrative advisor (the "Administrative Advisor") retained by the Debtors in their Chapter 11 Cases, by: (a) calling the Administrative Advisor at (833) 530-0171 (toll-free) or +1 (949) 396-1352 (International); (b) e-mailing the Administrative Advisor at Teamcreativemass@stretto.com with a reference to "In re Creativemass Holdings - Plan Supplement" in the subject line; or (c) writing to the Administrative Advisor at Creativemass, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602. Copies of any pleadings filed with the Court may also be obtained for free by visiting the Debtors' restructuring website, https://cases.stretto.com/Creativemass/, or for a fee via PACER at: http://pacer.psc.uscourts.gov. Please be advised that neither the Debtors' counsel, Pashman Stein Walder Hayden, P.C., nor the Administrative Advisor can provide you with legal advice, and you should consult with an attorney to provide any legal advice you may need.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Plan,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Creativemass Holdings, Inc. (2172) and Creativemass Enterprises US LLC (9046). The Debtors' mailing address is 1209 N Orange Street, Wilmington, DE 19801.

[2] Capitalized terms used but not otherwise defined in this Plan Supplement and the exhibits attached hereto shall have the meanings ascribed to them in the Plan.

the Debtors reserve the right to add to, modify, amend or supplement the documents and exhibits to the Plan Supplement through the Effective Date.

| | |
|---|---|
| Dated: May 8, 2025<br>Wilmington, Delaware | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br><br>*/s/ Alexis R. Gambale*<br>Joseph C. Barsalona II (No. 6102)<br>Michael Custer (No. 4843)<br>Alexis R. Gambale (No. 7150)<br>824 North Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 592-6496<br>Email: jbarsalona@pashmanstein.com<br>           mcuster@pashmanstein.com<br>           agambale@pashmanstein.com<br><br>*Counsel to the Debtors and Debtors in Possession* |