# **Exhibit B**

## **Appointment of the Plan Administrator**

**The Plan Administrator will be Claudia Z. Springer.**