# **Exhibit C**

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-330 | 0581 Pty Ltd ATF 0581 Investment Trust | 8,807 |
| CA-474 | 0581 Pty Ltd ATF 0581 Investment Trust | 1,309 |
| CA-264 | 789 Pty Ltd | 18,518 |
| CA-300 | A & S Smyrnis Super Pty Ltd ATF A & S Smyrnis Superannuation Fund | 7,000 |
| CA-468 | A & S Smyrnis Super Pty Ltd ATF A & S Smyrnis Superannuation Fund | 44,431 |
| CA-390 | A.C.N. 105741268 Pty Ltd ATF Thomas Carlisle Family Trust | 36,628 |
| CA-373 | Aadarsh Ram | 1,276 |
| CA-164 | ABRM Capital Pty Ltd ATF The Makkar Family Trust | 3,987 |
| CA-202 | ABRM Capital Pty Ltd ATF The Makkar Family Trust | 3,000 |
| CA-226 | Adstan Corp Pty Ltd ATF JDC Investment Trust | 6,337 |
| CA-355 | Adstan Corp Pty Ltd ATF JDC Investment Trust | 5,117 |
| CA-422 | Adstan Corp Pty Ltd ATF JDC Investment Trust | 6,016 |
| CA-233 | AG Investment Fund Pty Ltd | 22,181 |
| CA-362 | AG Investment Fund Pty Ltd | 29,845 |
| CA-381 | AG Investment Fund Pty Ltd | 73,256 |
| CA-378 | Alec Law | 6,503 |
| CA-024 | Alexander Walker | 16,666 |
| CA-086 | Alfredo Miranda | 5,961 |
| CA-087 | Alfredo Miranda | 2,501 |
| CA-088 | Alice Broun | 1,411 |
| CA-089 | Alice Broun | 706 |
| CA-090 | Alice Broun | 694 |
| CA-091 | Alice Broun | 694 |
| CA-189 | Alice Broun | 475 |
| CA-044 | Alison Low | 9,836 |
| CA-223 | Alpha Swartz Solutions Pty Ltd ATF Alpha Swartz Super Fund | 1,646 |
| CA-027 | Alternative Private Investments Pty Ltd ATF ARSAM Family Trust | 11,984 |
| CA-411 | Alternative Private Investments Pty Ltd ATF ARSAM Family Trust | 27,994 |
| CA-026 | Alternative Private Investments Pty Ltd ATF ARSAM Superfund | 11,984 |
| CA-257 | Alternative Private Investments Pty Ltd ATF ARSAM Superfund | 4,794 |

1

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-036 | Alto IRA Empire Trust Custodian FBO Karl Heckenberg Traditional IRA | 2,980 |
| CA-031 | Alwyn Hung | 5,126 |
| CA-032 | Alwyn Hung | 3,725 |
| CA-247 | Alwyn Hung | 847 |
| CA-244 | AMP New Ventures Holdings Pty Ltd | 506,996 |
| CA-219 | Andrew Hill and Kate Dufficy | 4,115 |
| CA-299 | Andrew Poulos and Caroline Carr-Gomm ATF Poulos Carr-Gomm Family Trust | 2,000 |
| CA-038 | Andrew Scarr | 4,918 |
| CA-242 | Andrew Scarr | 1,100 |
| CA-371 | Andrew Scarr | 1,001 |
| CA-397 | Ashleigh Gonzalez | 5,756 |
| CA-191 | Ashley Hasforth | 5,350 |
| CA-203 | Ashley Hasforth | 40,000 |
| CA-301 | Azalea Nominees Pty Ltf ATF Ivak Family Trust | 4,119 |
| CA-464 | Azalea Nominees Pty Ltf ATF Ivak Family Trust | 5,233 |
| CA-092 | Bani Ahuja | 445 |
| CA-272 | Barking Spiders Holdings Pte Ltd | 8,230 |
| CA-389 | Barnaby James Giudice | 26,163 |
| CA-228 | Beddison Corporation Pty Ltd ATF Beddison International Unit Trust | 12,675 |
| CA-338 | Beddison Corporation Pty Ltd ATF Beddison International Unit Trust | 12,675 |
| CA-354 | Beddison Corporation Pty Ltd ATF Beddison International Unit Trust | 17,907 |
| CA-420 | Beddison Corporation Pty Ltd ATF Beddison International Unit Trust | 12,033 |
| CA-327 | Bindula Pty Ltd ATF S & M Family Trust | 1,733 |
| CA-049 | BK Lancaster Investments Pty Ltd ATF Lancaster Family Trust | 5,000 |
| CA-059 | Blarret Pty Ltd ATF The Garret Dixon Superannuation Fund | 5,320 |
| CA-280 | Blarret Pty Ltd ATF The Garret Dixon Superannuation Fund | 1,170 |
| CA-454 | Blarret Pty Ltd ATF The Garret Dixon Superannuation Fund | 6,280 |
| CA-308 | Bonbeau Pty Ltd ATF Bonnie Dog Investment Trust | 6,337 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-339 | Bonbeau Pty Ltd ATF Bonnie Dog Investment Trust | 6,337 |
| CA-421 | Bonbeau Pty Ltd ATF Bonnie Dog Investment Trust | 6,016 |
| CA-093 | Bonnie Robotham | 997 |
| CA-094 | Bonnie Robotham | 89 |
| CA-095 | Bonnie Robotham | 997 |
| CA-096 | Bonnie Robotham | 1,296 |
| CA-097 | Bonnie Robotham | 1,994 |
| CA-196 | Bonnie Robotham | 20,000 |
| CA-241 | Boodup Nominees Pty Ltd ATF Otter Superannuation Fund | 6,320 |
| CA-343 | Boodup Nominees Pty Ltd ATF Otter Superannuation Fund | 6,302 |
| CA-366 | Boodup Nominees Pty Ltd ATF Otter Superannuation Fund | 7,675 |
| CA-446 | Boodup Nominees Pty Ltd ATF Otter Superannuation Fund | 5,983 |
| CA-391 | Boutique Capital Pty Ltd ATF WealthLander Diversified | 340,117 |
| CA-069 | Bradley Peter Stinson and Melanie Gaye Stinson ATF Brad Stinson Superannuation Fund | 5,320 |
| CA-292 | Bradley Peter Stinson and Melanie Gaye Stinson ATF Brad Stinson Superannuation Fund | 1,064 |
| CA-458 | Bradley Peter Stinson and Melanie Gaye Stinson ATF Brad Stinson Superannuation Fund | 6,280 |
| CA-234 | Bruce David Auld and Antonia Lillian Auld ATF Auld Superannuation Fund | 6,337 |
| CA-333 | Bruce David Auld and Antonia Lillian Auld ATF Auld Superannuation Fund | 6,337 |
| CA-364 | Bruce David Auld and Antonia Lillian Auld ATF Auld Superannuation Fund | 12,791 |
| CA-434 | Bruce David Auld and Antonia Lillian Auld ATF Auld Superannuation Fund | 6,051 |
| CA-098 | Cameron Rail | 1,267 |
| CA-274 | Charles Macek | 8,230 |
| CA-450 | Charles Macek | 10,466 |
| CA-310 | Chefley Pty Ltd ATF The Edward Thomas Trust | 1,584 |
| CA-334 | Chefley Pty Ltd ATF The Edward Thomas Trust | 1,584 |
| CA-429 | Chefley Pty Ltd ATF The Edward Thomas Trust | 1,504 |
| CA-386 | Chris Champion | 261,628 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-349 | Chris Zajicek | 3,799 |
| CA-101 | Christophe Zajicek | 403 |
| CA-217 | Christopher Colin Kelly | 4,120 |
| CA-431 | Christopher Colin Kelly | 13,082 |
| CA-039 | Christopher Gatherer | 2,497 |
| CA-050 | CJL Family Holdings Pty Ltd ATF CJ Family Trust | 5,319 |
| CA-303 | CJL Family Holdings Pty Ltd ATF CJ Family Trust | 24,204 |
| CA-099 | CJLH05 Pty Ltd ATF Brazendale Family Trust | 9,149 |
| CA-100 | CJLH05 Pty Ltd ATF Brazendale Family Trust | 952 |
| CA-205 | CJLH05 Pty Ltd ATF Brazendale Family Trust | 8,000 |
| CA-370 | Corvine Solutions Pty Ltd | 3,001 |
| CA-413 | Corvine Solutions Pty Ltd | 26,163 |
| CA-320 | CPS Jr & KDS IRRV TR UA 6/25/2021 FBO C Porter Schutt III | 13,976 |
| CA-438 | CPS Jr & KDS IRRV TR UA 6/25/2021 FBO C Porter Schutt III | 13,268 |
| CA-321 | CPS Jr & KDS IRRV TR UA 6/25/2021 FBO Jacob F Schutt | 13,976 |
| CA-439 | CPS Jr & KDS IRRV TR UA 6/25/2021 FBO Jacob F Schutt | 13,268 |
| CA-322 | CPS Jr. & KDS IRRV TR UA 6/25/2021 FBO Katharine D Schutt 2nd | 13,976 |
| CA-440 | CPS Jr. & KDS IRRV TR UA 6/25/2021 FBO Katharine D Schutt 2nd | 13,268 |
| CA-002 | Creativemass Hong Kong Limited | 120,105 |
| CA-003 | Creativemass Hong Kong Limited | 24,502 |
| CA-004 | Creativemass Hong Kong Limited | 6,577,464 |
| CA-208 | Creativemass Hong Kong Limited | 94,967 |
| CA-295 | Cregan Holdings Pty Ltd as trustee for the T&D Cregan Superannuation Fund | 8,230 |
| CA-393 | CSPN Investments Pty Ltd ATF CSPN Investment Trust | 26,169 |
| CA-276 | Daisy Beddison | 3,169 |
| CA-341 | Daisy Beddison | 3,169 |
| CA-360 | Daisy Beddison | 4,477 |
| CA-427 | Daisy Beddison | 3,009 |
| CA-309 | DAM Superannuation Pty Ltd ATF DAM Superannuation Fund | 2,972 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-344 | DAM Superannuation Pty Ltd ATF DAM Superannuation Fund | 2,972 |
| CA-367 | DAM Superannuation Pty Ltd ATF DAM Superannuation Fund | 12,791 |
| CA-448 | DAM Superannuation Pty Ltd ATF DAM Superannuation Fund | 2,822 |
| CA-046 | David Banks | 4,500 |
| CA-222 | David Jacob Matkovic | 1,901 |
| CA-270 | DBA Corp Pty Ltd ATF Dennis Brandt Family Trust | 16,500 |
| CA-430 | DBA Corp Pty Ltd ATF Dennis Brandt Family Trust | 52,427 |
| CA-010 | Dean Nightingale | 35,001 |
| CA-239 | Dean Stanley & Rachel Stanley ATF Dean Stanley Family Trust | 3,169 |
| CA-358 | Dean Stanley & Rachel Stanley ATF Dean Stanley Family Trust | 2,559 |
| CA-425 | Dean Stanley & Rachel Stanley ATF Dean Stanley Family Trust | 3,009 |
| CA-319 | Denning Investment Group Pty Ltd ATF MDWA Family Trust | 2,500 |
| CB-002 | Denning Investment Group Pty Ltd ATF MDWA Family Trust | 211,268 |
| CB-004 | Denning Investment Group Pty Ltd ATF MDWA Family Trust | 100,000 |
| CB-006 | Denning Investment Group Pty Ltd ATF MDWA Family Trust | 100,000 |
| CA-315 | Diana Barton Cregan | 8,230 |
| CA-277 | DML Superannuation Pty Ltd ATF DML Superannuation Fund | 2,972 |
| CA-345 | DML Superannuation Pty Ltd ATF DML Superannuation Fund | 2,972 |
| CA-462 | DML Superannuation Pty Ltd ATF DML Superannuation Fund | 2,822 |
| CA-227 | Dream Fairways Pty Ltd ATF Bedford Family Trust | 1,584 |
| CA-368 | Dream Fairways Pty Ltd ATF Bedford Family Trust | 1,280 |
| CA-461 | Dream Fairways Pty Ltd ATF Bedford Family Trust | 1,556 |
| CA-071 | DWB Developments Pty Ltd ATF The D Burden Family Trust | 6,389 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-250 | DWB Developments Pty Ltd ATF The D Burden Family Trust | 4,620 |
| CA-387 | Edward Fouche ATF ELDS FAMILY TRUST | 11,356 |
| CA-273 | Egartibra Pty Ltd ATF The Fief Trust | 8,230 |
| CA-402 | Egartibra Pty Ltd ATF The Fief Trust | 18,314 |
| CA-107 | Elliebear Holdings Pty Ltd ATF Jackhammer Trust | 111,597 |
| CA-108 | Elliebear Holdings Pty Ltd ATF Jackhammer Trust | 37,528 |
| CA-102 | Errol Lee ATF Merrol Family Trust | 4,984 |
| CA-103 | Errol Lee ATF Merrol Family Trust | 1,202 |
| CA-104 | Errol Lee ATF Merrol Family Trust | 4,984 |
| CA-105 | Errol Lee ATF Merrol Family Trust | 9,171 |
| CA-106 | Errol Lee ATF Merrol Family Trust | 9,969 |
| CA-123 | Errol Lee ATF Merrol Family Trust | 1,243 |
| CA-195 | Errol Lee ATF Merrol Family Trust | 60,000 |
| CA-204 | Errol Lee ATF Merrol Family Trust | 10,000 |
| CA-058 | Extravaganza Pty Ltd ATF Davis Super Fund | 5,320 |
| CA-285 | Extravaganza Pty Ltd ATF Davis Super Fund | 1,064 |
| CA-382 | Extravaganza Pty Ltd ATF Davis Super Fund | 6,280 |
| CA-020 | Flourish Super Pty Ltd ATF Flourish S/F A/C | 11,110 |
| CA-409 | Flourish Super Pty Ltd ATF Flourish S/F A/C | 10,547 |
| CA-383 | Geoff Counsel | 13,289 |
| CA-006 | GEPL Pty Ltd ATF Gremma Superannuation Fund | 23,333 |
| CA-251 | GEPL Pty Ltd ATF Gremma Superannuation Fund | 5,134 |
| CA-405 | GEPL Pty Ltd ATF Gremma Superannuation Fund | 51,280 |
| CA-237 | Golden Square Investments Pty Ltd ATF Golden Square Investments Trust | 3,169 |
| CA-356 | Golden Square Investments Pty Ltd ATF Golden Square Investments Trust | 3,838 |
| CA-423 | Golden Square Investments Pty Ltd ATF Golden Square Investments Trust | 3,140 |
| CA-329 | Gouldson Pty Ltd ATF The J & C Family Trust | 319 |
| CA-078 | Greg Kirk | 15,000 |
| CA-081 | Greg Kirk | 10,000 |
| CA-045 | Gregory Low & Alison Low ATF Carpe Diem Superannuation Fund | 29,508 |
| CA-265 | Grosse Pointe Pty Ltd ATF Daniel Family Trust | 20,734 |
| CA-442 | Grosse Pointe Pty Ltd ATF Daniel Family Trust | 20,931 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-263 | Harvest Lane Asset Management Pty Ltd ATF The Absolute Return Fund | 18,519 |
| CA-323 | Heidi HD Langston | 7,500 |
| CA-051 | High Performance Consulting Group Pty Ltd | 4,500 |
| CA-325 | High Pressure Holdings Pty Ltd ATF The Simple Life Trust | 4,332 |
| CA-412 | Hilah E Schutt and Jacob F. Schutt ATF Schutt Family Living Trust | 46,475 |
| CA-065 | Hillside Super Fund Pty Ltd ATF Hillside Superannuation Fund | 7,981 |
| CA-289 | Hillside Super Fund Pty Ltd ATF Hillside Superannuation Fund | 1,596 |
| CA-457 | Hillside Super Fund Pty Ltd ATF Hillside Superannuation Fund | 8,896 |
| CA-268 | Hung Family Capital Pty Ltd ATF Hung Family Trust | 16,500 |
| CB-009 | Hunter Holzhauer | 14,754 |
| CA-005 | Implemented Portfolios Limited a/k/a IPL Sellers Pty Ltd ATF IPL Sellers Unit Trust | 93,240 |
| CA-210 | IRAR Trust FBO John Hulwick 3600537 | 4,115 |
| CA-267 | Irwin Hung | 3,100 |
| CA-047 | J&M (VIC) Pty Ltd ATF Macfarlane Family Trust | 30,000 |
| CA-246 | J&M (VIC) Pty Ltd ATF Macfarlane Family Trust | 6,600 |
| CA-445 | J&M (VIC) Pty Ltd ATF Macfarlane Family Trust | 39,245 |
| CA-224 | J.R. & F.E. Dew | 3,794 |
| CA-079 | Jacob Schutt | 15,000 |
| CA-082 | Jacob Schutt | 10,000 |
| CA-399 | James Howell | 26,163 |
| CA-056 | Janice Enid Bossong & Steven Martin Bossong ATF Bossong Family Super Fund | 10,641 |
| CA-283 | Janice Enid Bossong & Steven Martin Bossong ATF Bossong Family Super Fund | 6,074 |
| CA-453 | Janice Enid Bossong & Steven Martin Bossong ATF Bossong Family Super Fund | 15,698 |
| CA-396 | Jared Erb | 31,396 |
| CA-296 | Jason Rich | 6,337 |
| CA-109 | Jason Yates | 11,964 |
| CA-110 | Jason Yates | 1,097 |
| CA-111 | Jason Yates | 3,168 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-067 | Jazzgold Holdings Pty Ltd ATF M & K Taylor Superannuation Fund | 10,641 |
| CA-294 | Jemalong Pty Ltd ATF Kansas City Shuffle Trust | 2,852 |
| CA-009 | Jemas Pty Ltd ATF The Jemas Trust | 11,656 |
| CA-112 | Jessica Matthews | 513 |
| CA-043 | Joel Tomaino | 2,459 |
| CA-080 | John Langston | 7,500 |
| CA-083 | John Langston | 10,000 |
| CA-076 | Jordan Epstein | 2,657 |
| CA-385 | Joshua Michael Lee | 130,814 |
| CA-313 | Jules Sancho Cooper ATF The Jules Cooper Family Trust No 1 | 6,000 |
| CA-113 | Julie Norville | 10,929 |
| CA-114 | Julie Norville | 4,483 |
| CA-115 | Julie Norville | 4,483 |
| CA-311 | Karma Aps 2900 Hellerup | 7,000 |
| CA-443 | Karma Aps 2900 Hellerup | 10,450 |
| CA-212 | Kate Schutt Revocable Trust | 9,053 |
| CA-460 | Kate Schutt Revocable Trust | 8,594 |
| CA-048 | Katharine D. Schutt Residuary Trust | 29,806 |
| CA-415 | Katharine D. Schutt Residuary Trust | 28,296 |
| CA-116 | Katie McMaster | 997 |
| CA-117 | Katie McMaster | 70 |
| CA-118 | Katie McMaster | 997 |
| CA-119 | Katie McMaster | 598 |
| CA-199 | Katie McMaster | 8,000 |
| CA-470 | Kongruent Pty Ltd ATF Kongruent Unit Trust | 26,163 |
| CA-384 | KRUCZYNSCY SPOLKA KOMANDYTOWA | 130,814 |
| CA-120 | Kulbeer Singh | 158 |
| CA-121 | Kulbeer Singh | 1,047 |
| CA-304 | Laidlaw Family Investments Pty Ltd ATF Laidlaw Family Investment Trust | 31,687 |
| CA-335 | Laidlaw Family Investments Pty Ltd ATF Laidlaw Family Investment Trust | 31,687 |
| CA-352 | Laidlaw Family Investments Pty Ltd ATF Laidlaw Family Investment Trust | 63,954 |
| CA-418 | Laidlaw Family Investments Pty Ltd ATF Laidlaw Family Investment Trust | 30,082 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-416 | Lansy Ptd Ltd ATF BKL Super Fund | 5,233 |
| CA-068 | Lavaredo Pty Ltd ATF B and J Superannuation Fund | 10,641 |
| CA-291 | Lavaredo Pty Ltd ATF B and J Superannuation Fund | 2,128 |
| CA-028 | Lijedabre Pty Ltd ATF Lijedabre Family Trust | 29,508 |
| CA-252 | Lijedabre Pty Ltd ATF Lijedabre Family Trust | 4,400 |
| CA-236 | Linkenholt Pty Ltd Superannuation Fund | 3,169 |
| CA-340 | Linkenholt Pty Ltd Superannuation Fund | 3,169 |
| CA-359 | Linkenholt Pty Ltd Superannuation Fund | 3,838 |
| CA-426 | Linkenholt Pty Ltd Superannuation Fund | 3,009 |
| CA-008 | Little Manly Pty Ltd ATF Little Manly Superannuation Fund | 11,599 |
| CA-231 | Little One Investments Pty Ltd ATP Little One Investment Trust | 1,584 |
| CA-346 | Little One Investments Pty Ltd ATP Little One Investment Trust | 1,584 |
| CA-472 | Macca Global Pte Ltd | 19,623 |
| CA-473 | Macca Global Pte Ltd | 130,814 |
| CA-238 | Macona Inlet Pty Ltd ATF Davidson investments Trust | 3,169 |
| CA-347 | Macona Inlet Pty Ltd ATF Davidson investments Trust | 3,169 |
| CA-357 | Macona Inlet Pty Ltd ATF Davidson investments Trust | 5,280 |
| CA-424 | Macona Inlet Pty Ltd ATF Davidson investments Trust | 3,009 |
| CA-392 | Mahdeen Sirrah Pty Ltd Trustee for Needham Super Fund | 26,163 |
| CA-324 | Mainstream Fund Services Pty Ltd ACF Frazis Venture Fund | 20,576 |
| CA-466 | Mainstream Fund Services Pty Ltd ACF Frazis Venture Fund | 392,442 |
| CA-302 | MAN Holdings Pty Limited ATF Nelson Hybrid Trust | 28,806 |
| CA-122 | Manisha Manisha | 774 |
| CA-124 | Manivannan Moorthy | 2,016 |
| CA-070 | Manuel Anton | 10,000 |
| CA-220 | Marauders Pty Ltd ATF HH & KM G.S Superfund | 4,115 |
| CA-216 | Martyn Jacobs | 1,267 |
| CA-074 | Mason Group (Aust) Pty Ltd ATF Mason Family Trust | 2,662 |
| CA-259 | Mason Group (Aust) Pty Ltd ATF Mason Family Trust | 1,059 |
| CA-463 | Matthew & Kate Swartz | 9,419 |
| CA-077 | Maxwell Epstein | 2,657 |
| CA-372 | McLaughlin Developments Pty Ltd | 15,504 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-125 | Meghana Desaraju | 320 |
| CA-126 | Melissa Patil | 997 |
| CA-127 | Melissa Patil | 113 |
| CA-128 | Melissa Patil | 997 |
| CA-129 | Melissa Patil | 997 |
| CA-130 | Melissa Patil | 1,495 |
| CA-312 | Michael Considine | 16,500 |
| CA-131 | Michael Jabour | 24,765 |
| CA-063 | MLBT Pty Ltd ATF The Muhlmann Super Fund | 10,641 |
| CA-288 | MLBT Pty Ltd ATF The Muhlmann Super Fund | 1,518 |
| CA-456 | MLBT Pty Ltd ATF The Muhlmann Super Fund | 11,512 |
| CA-401 | Mocha Capital Pty Ltd ATF Mocha Superannuation Fund | 5,233 |
| CA-248 | Mocha Capital Pty Ltd ATF Mocha Superannuation Fund | 3,100 |
| CA-249 | Mocha Capital Pty Ltd ATF Mocha Superannuation Fund | 1,100 |
| CA-275 | Mostily Good Pty Ltd ATF Mostily Good Super Fund | 4,119 |
| CA-305 | MSL Superannuation Fund Pty Ltd ATF MSL Superannuation Fund | 4,803 |
| CA-342 | MSL Superannuation Fund Pty Ltd ATF MSL Superannuation Fund | 4,803 |
| CA-363 | MSL Superannuation Fund Pty Ltd ATF MSL Superannuation Fund | 7,675 |
| CA-432 | MSL Superannuation Fund Pty Ltd ATF MSL Superannuation Fund | 4,560 |
| CA-075 | Muhlbauer Investments Pty Ltd ATF The Muhlbauer Family Trust | 7,500 |
| CA-245 | Muhlbauer Investments Pty Ltd ATF The Muhlbauer Family Trust | 5,500 |
| CA-444 | Muhlbauer Investments Pty Ltd ATF The Muhlbauer Family Trust | 26,163 |
| CA-057 | Nathan Junior Pty Ltd ATF G & SL Chapeikin Superannuation Fund | 5,320 |
| CA-284 | Nathan Junior Pty Ltd ATF G & SL Chapeikin Superannuation Fund | 1,064 |
| CA-262 | National Nominees Limited | 75,308 |
| CA-240 | Nettstan Nominees Pty Ltd ATF BEMM Super Fund | 1,584 |
| CA-331 | Nettstan Nominees Pty Ltd ATF BEMM Super Fund | 1,584 |
| CA-361 | Nettstan Nominees Pty Ltd ATF BEMM Super Fund | 2,559 |
| CA-428 | Nettstan Nominees Pty Ltd ATF BEMM Super Fund | 1,504 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-132 | Nicholas Sullivan | 1,118 |
| CA-133 | Nicholas Sullivan | 1,994 |
| CA-134 | Nicholas Sullivan | 4,984 |
| CA-197 | Nicholas Sullivan | 8,230 |
| CA-135 | Nicholas Winkley | 1,086 |
| CA-136 | Nicholas Winkley | 1,994 |
| CA-260 | Nicholas Winkley | 3,000 |
| CA-297 | Nicholson Investments No 1 Pty Ltd ATF The Nicholson Investments Superannuation Fund | 2,100 |
| CA-465 | Nicholson Investments No 1 Pty Ltd ATF The Nicholson Investments Superannuation Fund | 15,698 |
| CA-350 | Nirupa Kashyap | 12,791 |
| CA-209 | Norman M Boone & Linda Lubitz Boone | 4,527 |
| CA-029 | OFA Engelbrecht Super Fund Pty Ltd ATF OFA Engelbrecht Superfund | 20,000 |
| CA-023 | Old Trafford Investments Pty Ltd ATF The Old Trafford Trust | 11,599 |
| CA-033 | Olivier Rey Lescure | 983 |
| CA-376 | Ompur Pty Ltd ATF P & HP Panchal Family Trust | 1,276 |
| CA-225 | On The Grove ATF Kennedy Family Trust | 8,230 |
| CA-449 | On The Grove ATF Kennedy Family Trust | 13,077 |
| CA-394 | P&N Investments Pty Ltd ATF Partridge Needham Super Fund | 26,163 |
| CA-037 | Partner Solutions Capital Group, LLC | 14,903 |
| CA-200 | Pat Needham | 10,000 |
| CA-025 | Patrick Gardner ATF The Gardner Family Trust | 2,458 |
| CA-400 | Patrick Gardner ATF The Gardner Family Trust | 3,170 |
| CA-218 | Paul McGreal | 10,000 |
| CA-015 | Peter David Cook & Kerryn Anne Cook | 23,197 |
| CA-016 | Peter David Cook & Kerryn Anne Cook | 4,918 |
| CA-014 | Pethol (VIC) Pty Ltd ATF MACDY No.5 Super Fund | 11,599 |
| CA-137 | Pierce Wittke | 3,344 |
| CA-138 | Pierce Wittke | 1,554 |
| CA-139 | Pierce Wittke | 1,495 |
| CA-140 | Pierce Wittke | 3,668 |
| CA-206 | Pierce Wittke | 6,000 |
| CA-377 | Pramesh Ram ATF Papa Business Trust | 1,301 |
| CA-141 | Pranali Dhoke | 261 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-021 | Provista Holdings Pty Ltd | 5,555 |
| CA-475 | Provista Holdings Pty Ltd | 5,274 |
| CA-306 | Pulse Touring Pty Ltd ATF Pulse Touring Trust | 3,086 |
| CA-019 | Quinlynton Pty Ltd ATF Purser Super Fund A/C | 11,110 |
| CA-408 | Quinlynton Pty Ltd ATF Purser Super Fund A/C | 10,547 |
| CA-433 | Radom 1904 Pty Ltd ATF Radom Trust | 7,457 |
| CA-147 | Rashmi Gupta | 152 |
| CA-148 | Remy Rey Lescure | 1,020 |
| CA-149 | Remy Rey Lescure | 255 |
| CA-150 | Remy Rey Lescure | 598 |
| CA-151 | Remy Rey Lescure | 598 |
| CA-190 | Remy Rey Lescure | 506 |
| CA-157 | Richard Jackson | 980 |
| CA-158 | Richard Jackson | 1,117 |
| CA-159 | Richard Jackson | 1,120 |
| CA-467 | Richard Lumb | 52,326 |
| CA-235 | Richmond Capital Pty Ltd ATF Richmond Capital Superannuation Fund | 15,844 |
| CA-336 | Richmond Capital Pty Ltd ATF Richmond Capital Superannuation Fund | 15,844 |
| CA-419 | Richmond Capital Pty Ltd ATF Richmond Capital Superannuation Fund | 15,042 |
| CA-379 | Rishi Ram & Shiromani Ram ATF Ram Superannuation Fund | 6,502 |
| CA-388 | Robyn Ann Chalmers | 104,652 |
| CA-160 | Rochelle Brooke-Stowe | 1,495 |
| CA-161 | Rochelle Brooke-Stowe | 103 |
| CA-162 | Rochelle Brooke-Stowe | 1,495 |
| CA-163 | Rochelle Brooke-Stowe | 897 |
| CA-034 | Rodolfo Soto | 7,788 |
| CA-175 | Rodrigo Gonzalez | 11,955 |
| CA-176 | Rodrigo Gonzalez | 12,543 |
| CA-316 | Rodrigo Gonzalez | 10,000 |
| CA-055 | Rudolf Boeddinghaus & Nicole Hemsley ATF Boeddinghaus Superannuation Fund | 5,320 |
| CA-282 | Rudolf Boeddinghaus & Nicole Hemsley ATF Boeddinghaus Superannuation Fund | 1,064 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-452 | Rudolf Boeddinghaus & Nicole Hemsley ATF Boeddinghaus Superannuation Fund | 6,280 |
| CA-351 | Sadhna Narayan | 1,301 |
| CA-229 | Sam Beddison | 12,675 |
| CA-337 | Sam Beddison | 12,675 |
| CA-353 | Sam Beddison | 17,907 |
| CA-469 | Sam Beddison | 12,033 |
| CA-476 | Sam Beddison | 12,033 |
| CA-165 | Sam Dar | 160 |
| CA-166 | Sam Macfarlane | 508 |
| CA-061 | Samar Equity Pty Ltd ATF The Maroo Superannuation Fund | 10,641 |
| CA-286 | Samar Equity Pty Ltd ATF The Maroo Superannuation Fund | 2,128 |
| CA-167 | Sandy Nguyen | 498 |
| CA-168 | Sandy Nguyen | 570 |
| CA-041 | Sanguinius Investments Pty Ltd ATF Sanguinius Super Fund | 4,918 |
| CA-243 | Sanguinius Investments Pty Ltd ATF Sanguinius Super Fund | 1,100 |
| CA-369 | Sanguinius Investments Pty Ltd ATF Sanguinius Super Fund | 12,003 |
| CA-414 | Sanguinius Investments Pty Ltd ATF Sanguinius Super Fund | 26,163 |
| CA-213 | Santee LLC | 9,053 |
| CA-437 | Santee LLC | 8,594 |
| CA-169 | Sarah Baxter | 1,060 |
| CA-170 | Sarah Baxter | 497 |
| CA-171 | Sarah Baxter | 698 |
| CA-172 | Sarah Baxter | 419 |
| CA-232 | Sarah Jane Ordonez | 6,337 |
| CA-053 | Sarlat Inv Pty Ltd ATF The Snowbird Super Fund | 9,045 |
| CA-281 | Sarlat Inv Pty Ltd ATF The Snowbird Super Fund | 607 |
| CA-451 | Sarlat Inv Pty Ltd ATF The Snowbird Super Fund | 5,756 |
| CA-035 | Schutt Family Living Trust | 14,903 |
| CA-211 | Schutt Family Living Trust | 9,053 |
| CA-007 | Sea Dreaming Pty Ltd ATF Sea Dreaming Family Trust | 11,655 |
| CA-261 | Sean Baker & Jacqueline Baker ATF SJ Bakes SMSF | 8,230 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-436 | Sean Baker & Jacqueline Baker ATF SJ Bakes SMSF | 10,466 |
| CA-042 | Sean Hardy | 20,000 |
| CA-293 | Sean Hardy | 10,000 |
| CA-030 | Seeg Pty Ltd ATF SSP3 Fund | 10,003 |
| CA-348 | Servo Capital Pty Ltd | 20,000 |
| CA-073 | Seveneuroka Pty Ltd ATF Seveneuroka Trust | 6,400 |
| CA-256 | Seveneuroka Pty Ltd ATF Seveneuroka Trust | 4,400 |
| CA-152 | Shahana Anderson | 1,176 |
| CA-153 | Shahana Anderson | 735 |
| CA-154 | Shahana Anderson | 598 |
| CA-155 | Shahana Anderson | 688 |
| CA-156 | Shahana Anderson | 4,984 |
| CA-194 | Shahana Anderson | 443 |
| CA-207 | Shahana Anderson | 4,000 |
| CA-374 | Shamant Ram | 2,551 |
| CA-183 | Shane Soppe | 7,500 |
| CA-185 | Shane Soppe | 5,500 |
| CA-187 | Shane Soppe | 5,000 |
| CA-258 | Shane Soppe | 10,450 |
| CA-318 | Shane Soppe | 400 |
| CA-404 | Shane Soppe | 27,340 |
| CA-307 | Sheo Super Pty Ltd ATF Sheo Super Fund | 3,086 |
| CA-173 | Siddharthar Tamilselvan and Lavanya Theagarajan ATF Srivarivenkatan Trust | 2,531 |
| CA-174 | Siddharthar Tamilselvan and Lavanya Theagarajan ATF Srivarivenkatan Trust | 3,090 |
| CA-193 | Siddharthar Tamilselvan and Lavanya Theagarajan ATF Srivarivenkatan Trust | 1,045 |
| CA-017 | Skiffington Super Pty Ltd ATF The Mark Skiffington S/F A/C | 5,555 |
| CA-407 | Skiffington Super Pty Ltd ATF The Mark Skiffington S/F A/C | 5,261 |
| CA-182 | Skihard Enterprises Pty Ltd ATF C&C Grogan Family Trust | 7,500 |
| CA-184 | Skihard Enterprises Pty Ltd ATF C&C Grogan Family Trust | 5,500 |
| CA-186 | Skihard Enterprises Pty Ltd ATF C&C Grogan Family Trust | 5,000 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-317 | Skihard Enterprises Pty Ltd ATF C&C Grogan Family Trust | 400 |
| CB-001 | Skihard Enterprises Pty Ltd ATF C&C Grogan Family Trust | 211,268 |
| CB-003 | Skihard Enterprises Pty Ltd ATF C&C Grogan Family Trust | 100,000 |
| CB-005 | Skihard Enterprises Pty Ltd ATF C&C Grogan Family Trust | 100,000 |
| CA-471 | SM East Super Pty Ltd ATF SM Super Fund | 54,479 |
| CA-066 | Smith Nominees Pty Ltd ATF Smith Family Superannuation Fund | 5,320 |
| CA-290 | Smith Nominees Pty Ltd ATF Smith Family Superannuation Fund | 1,064 |
| CA-459 | Smith Nominees Pty Ltd ATF Smith Family Superannuation Fund | 6,280 |
| CA-278 | Solaris Medical Enterprises ATF The Pang Family Trust | 2,057 |
| CA-403 | Solaris Medical Enterprises ATF The Pang Family Trust | 1,937 |
| CA-040 | Sophie Lewis | 2,459 |
| CA-271 | Sophie Lewis | 2,852 |
| CB-007 | Steilco Pty Limited ATF Steilco Trust | 145,902 |
| CA-054 | Stephanie Superannuation Pty Ltd ATF Stephanie Super Fund | 5,320 |
| CA-266 | Stevtel Investments Pty Ltd ATF DCS Testamentary Trust | 8,500 |
| CA-447 | Stevtel Investments Pty Ltd ATF DCS Testamentary Trust | 10,466 |
| CA-062 | Sunseem Pty Ltd | 5,320 |
| CA-287 | Sunseem Pty Ltd | 1,064 |
| CA-398 | Tegan Quirk | 7,431 |
| CA-230 | Terstan Nominees Pty Ltd ATF Morrows Pty Ltd Superannuation Fund | 9,506 |
| CA-332 | Terstan Nominees Pty Ltd ATF Morrows Pty Ltd Superannuation Fund | 9,506 |
| CA-365 | Terstan Nominees Pty Ltd ATF Morrows Pty Ltd Superannuation Fund | 12,791 |
| CA-435 | Terstan Nominees Pty Ltd ATF Morrows Pty Ltd Superannuation Fund | 20,451 |
| CA-214 | The Nachman Revocable Trust | 8,230 |
| CA-215 | Thom Bake Pty Ltd ATF Brett Baker Family Trust | 9,530 |
| CA-022 | Thomas & Rebecca Ulrich ATF The Ulrich Family Trust | 101,298 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-221 | Thomas & Rebecca Ulrich ATF The Ulrich Family Trust | 11,113 |
| CA-441 | Thomas & Rebecca Ulrich ATF The Ulrich Family Trust | 52,326 |
| CA-084 | Ulrich Family Pty Ltd ATF Ulrich Family Trust | 150,000 |
| CA-085 | Ulrich Family Pty Ltd ATF Ulrich Family Trust | 9,171 |
| CA-188 | Ulrich Family Pty Ltd ATF Ulrich Family Trust | 13,928 |
| CA-201 | Ulrich Family Pty Ltd ATF Ulrich Family Trust | 10,000 |
| CA-177 | Ushan Lokuge and Vipuli Gunawardana ATF Swims Family Trust | 1,495 |
| CA-178 | Ushan Lokuge and Vipuli Gunawardana ATF Swims Family Trust | 1,837 |
| CA-375 | Venket Naidu ATF VCDA Trust | 6,502 |
| CB-008 | Ventures 2040 Pty Limited | 3,279 |
| CA-011 | Victoria Mary McDonald | 35,001 |
| CA-179 | Vien Luong | 4,984 |
| CA-180 | Vien Luong | 9,642 |
| CA-192 | Vien Luong | 1,140 |
| CA-198 | Vien Luong | 15,000 |
| CA-181 | Vikas Virani | 387 |
| CA-142 | Visarious Enterprises Pty Ltd ATF SPD Trust | 10,168 |
| CA-143 | Visarious Enterprises Pty Ltd ATF SPD Trust | 156 |
| CA-144 | Visarious Enterprises Pty Ltd ATF SPD Trust | 10,168 |
| CA-145 | Visarious Enterprises Pty Ltd ATF SPD Trust | 942 |
| CA-146 | Visarious Enterprises Pty Ltd ATF SPD Trust | 1,495 |
| CA-060 | Wandi Jacks Pty Ltd ATF LeMessurier Superannuation Fund | 31,923 |
| CA-279 | Wandi Jacks Pty Ltd ATF LeMessurier Superannuation Fund | 7,024 |
| CA-455 | Wandi Jacks Pty Ltd ATF LeMessurier Superannuation Fund | 37,152 |
| CA-018 | Wavell Brockman Pty Ltd ATF Jagia S/F A/C | 16,670 |
| CA-406 | Wavell Brockman Pty Ltd ATF Jagia S/F A/C | 26,163 |
| CA-072 | Wontvoni Pty Ltd ATF MJS Superannuation Fund | 7,500 |
| CA-255 | Wontvoni Pty Ltd ATF MJS Superannuation Fund | 4,076 |
| CA-417 | Wontvoni Pty Ltd ATF MJS Superannuation Fund | 26,163 |
| CA-314 | Xinyu Li ATF The Li Family Trust | 6,000 |
| CA-380 | Xinyu Li ATF The Li Family Trust | 7,849 |
| CA-064 | Yankee Devil Pty Ltd ATF Redback Buckeye Trust | 5,320 |
| CA-012 | Yongala Investments Pty Ltd ATF Kasian Super Fund | 23,197 |

| Certificate Number | Holder of Equity Interest | Share Amount |
|---|---|---|
| CA-253 | Yongala Investments Pty Ltd ATF Kasian Super Fund | 5,104 |
| CA-013 | Yongala Investments Pty Ltd ATF Yongala Family Trust | 23,197 |
| CA-254 | Yongala Investments Pty Ltd ATF Yongala Family Trust | 5,104 |
| CA-395 | Zoran Ojurovic | 26,171 |